IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KENTRELL THOMAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DR. DEAN BROOME; REGINA HARTLEY;<br>and SHARON COLEY,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 6:17-cv-74 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 6), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint, **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal, and **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 29th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J. RANDAL HALL, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA